Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Nabil A. Bisharat (SBN 270305)
nbisharat@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

Telephone:   213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor
Danek USA, Inc., and Medtronic
Vertelink, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY HEATHER, a individual; ROSEZENA BROWN, a individual; RICHARD BERUBE, a individual; ANTHONY WITTMAN, a individual; MICHAEL ASHBY, a individual; CARMAN KANAEHOLO, a individual; MICHAEL WILKEY, a individual; HENRY Q. WILLIAMS, a individual; JOHN W. HICKS, a individual; KRISTIN LINGREN, a individual; LEONARD R. DAVIS, a individual; MARGARET I CAIN, a individual; DIEDRA KING, a individual; RONALD C. JACKSON, a individual; RICK JETT, a individual; DANIEL BIVINS, a individual; JEROMY JENSEN, a individual; BETSY PREHM, a individual; JASON L COLE, a individual; PAULA G. SCOTT, a individual; WESLEY J JORDAN, a individual; JOSEPH BUSSARD, a individual; DAVID REES, a individual; NANCY FURLOTTE, a individual; DONNIE R. KELLER, a individual; JERRY SANDERS, a individual; NETTA LINNER, a individual; RICHARD BIRD, a individual; GARY DUNLAP, a individual; PAMELA SMITH, a individual; MISTY STRINGER, a individual, | Case No. 2:14-cv-01595- MRP (FFMx)

**DEFENDANTS MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., AND MEDTRONIC VERTELINK, INC.'S NOTICE OF MOTION AND MOTION TO SEVER PLAINTIFFS' CLAIMS**

Date:       May 28, 2014
Time:       1:30 p.m.
Place:      Courtroom 12

Complaint Filed:  February 3, 2014
Case Removed:    March 4, 2014

Honorable Mariana R. Pfaelzer

[Filed concurrently with Memorandum of Points & Authorities and Motion, Declaration of Mildred Segura, and [Proposed] Order; also filed concurrently with Defendants' Motion to Transfer] |

1                Plaintiffs,

2                  vs.

3 MEDTRONIC, INC., a Minnesota
corporation; MEDTRONIC SOFAMOR
4 DANEK, USA, INC.; MEDTRONIC
VERTELINK, INC.; and DOES 1-100,
5 Inclusive

6               Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 28, 2014, at 1:30 p.m., the Honorable Mariana R. Pfaelzer presiding, in Courtroom 12 of the above-entitled Court, Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc. (collectively "Medtronic") will move this Court for an order granting a motion to sever the claims of the Plaintiffs on the grounds that the claims of these individuals do not meet the standard for proper joinder. Plaintiffs do not assert any joint, several or alternative right to relief arising out of the same transaction, occurrence, or series of transactions or occurrences, and there are no common questions of law or fact between the cases. Fed. R. Civ. P. 20 & 21; *Coughlin v. Rogers*, 130 F.3d 1348, 1350 (9th Cir. 1997) (holding that joinder of multiple plaintiffs was improper because the factors set out in Rule 20 governing permissive joinder were not satisfied).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which originally took place on March 4, 2014. Medtronic's Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Mildred Segura, pleadings and papers filed herein, and any oral argument the Court considers.

Dated:  April 18, 2014                       REED SMITH LLP

By ___/s/ Michael K. Brown_____
        Michael K. Brown
        Lisa M. Baird
        Mildred Segura
        Nabil A. Bisharat
        Attorneys for Defendants
        Medtronic, Inc., Medtronic Sofamor Danek
        USA, Inc., and Medtronic Vertelink, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware