Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Michelle Cheng (SBN 239711)
mcheng@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc.

FILED
CLERK, U.S. DISTRICT COURT
Sept 24, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY HEATHER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01595-SVW (FFM)<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL<br><br>Complaint Filed: June 23, 2014<br><br>Honorable Stephen V. Wilson |

Based on the Stipulation of Dismissal that has been filed in the above-captioned matter, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed without prejudice with each party to bear its own costs.

Dated: September 24, 2015

Hon. Stephen V. Wilson
U.S. District Judge

US_ACTIVE-119772928